JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT DE LEON & PATRICIA VINCENT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICELINK, INC, FIDELITY NATIONAL MANAGEMENT SERVICES, LLC., FIDELITY NATIONAL FINANCIAL, INC., BKFS II SERVICES, LLC, and DOES 1-20,<br><br>Defendants. | Case No. 8:14-CV-02040-JLS (RNBx)<br><br>**FINAL JUDGMENT** |

On April 25, 2016, the Court granted Plaintiffs Robert De Leon and Patricia Vincent's Motions for final approval of the class action Settlement and for final approval of the requested attorneys' fees, litigation costs, and service awards. (Final Approval Order, Doc. 37.) The Court hereby finds and orders as follows:

1. The Court has jurisdiction over the subject matter of this action, the Class Representatives, the Class Members as defined in the Settlement Agreement and Defendants.

2. The Court grants final approval of class certification, for purposes of settlement only, of the Class as defined in the Settlement Agreement.

3. The Court grants final approval of the settlement agreement, which it determines to be fair, adequate, and reasonable under the circumstances.

4. This case is dismissed with prejudice.

5. Class Counsel is awarded attorneys' fees of 25% of the gross settlement fund, which amounts to an award of $387,500.  The Court also awards Class Counsel $12,405.50 for reimbursement of litigation costs and expenses.

6. Plaintiffs Robert De Leon and Patricia Vincent are each awarded an enhancement award of $6,000.

7. Kurtzman Carson Consultants is awarded $25,000 for reasonable class administration services and expenses.

8. The Court shall have exclusive and continuing jurisdiction over this matter for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement and this Judgment.

9. The parties are ordered to carry out the distribution of the Gross Settlement Amount as set forth in the Settlement Agreement.

10. This document shall constitute a judgment for purposes of Rule 59 of the Federal Rules of Civil Procedure.

11. Upon entry of this Judgment and the release of the Gross Settlement Amount to the claims administrator in this case, Plaintiffs and Class Members shall be deemed to have released all claims at issue in this lawsuit as set forth in Paragraphs 3.4 and 3.5 of the Settlement Agreement between the Parties.

**IT IS SO ORDERED.**

Dated:  April 25, 2016

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE